UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO SHERIFF, et al.,<br><br>　　　　　Defendant. | No. 2:19-cv-02510-TLN-CKD<br><br>**ORDER** |

Plaintiff Mary Crago ("Plaintiff") proceeds in this matter *pro se* and *in forma pauperis* under 28 U.S.C. § 1915.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 31, 2020 (ECF No. 5), are adopted in full;
2. This action is DISMISSED pursuant to Federal Rue of Civil Procedure 41(b); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: December 1, 2020

Troy L. Nunley
United States District Judge